

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Filed Under Seal

## INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.   17a 72

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia                County: Philadelphia

City and State of Defendant:  Philadelphia, PA

County: Philadelphia              Register number: NA

Place of accident, incident, or transaction:   Eastern District of Pennsylvania

Post Office: Philadelphia              County: Philadelphia

RELATED CASE, IF ANY:
Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: YES

Case Number:  17cr69              Judge: Diamond

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ☐ Antitrust
2. ☐ Income Tax and other Tax Prosecutions
3. ☐ Commercial Mail Fraud
4. ☒ Controlled Substances
5. ☐ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ☐ General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

21 U.S.C. § 846 (conspiracy to distribute 280 grams or more of cocaine base ("crack") – 1 count), 21 U.S.C. § 841(a)(1) (distribution of cocaine base ("crack") – 14 counts), 21 U.S.C. § 841(a)(1) (possession with intent to distribute cocaine base ("crack") – 8 counts), 21 U.S.C. § 860(a) (distribution of cocaine base ("crack") within 1,000 feet of public housing – 14 counts), 21 U.S.C. § 860(a) (possession with intent to distribute cocaine base ("crack") within 1,000 feet of public housing – 8 counts), 21 U.S.C. § 843(b) (unlawful use of a communication facility in furtherance of a drug felony – 2 counts), 21 U.S.C. § 856 (maintaining a drug house – 1 count), 21 U.S.C. § 2 (aiding and abetting), Notices of Forfeiture Notice of forfeiture

DATE: 2/8/17

*[signature]*

JEROME M. MAIATICO
Assistant United States Attorney

KATAYOUN COPELAND
Assistant United States Attorney

File No. 2009R00035
U.S. v. Juan Jarmon and Damon Edward et al.

Defendants

| | |
|---|---|
| JUAN JARMON,<br>a/k/a "J,"<br>a/k/a "Yizzo," | 09/18/1986 |
| DAMON EDWARDS,<br>a/k/a "Boo,"<br>a/k/a "Boo-Boo," | 04/27/1985 |
| EDWARD STINSON,<br>a/k/a "E-Black," | 10/04/1989 |
| DONTA EDWARDS,<br>a/k/a "Boog," | 02/06/1989 |
| RAHEEN BUTLER,<br>a/k/a "Raheem,"<br>a/k/a "Riddles,"<br>a/k/a "Ra-Ra," | 03/04/1983 |
| MICHAEL FERRELL,<br>a/k/a "Mike," | 10/07/1991 |
| DOTTIE GOOD,<br>a/k/a "Dreds,"<br>a/k/a "Dots, | 10/31/1986 |
| TAFT HARRIS, JR.,<br>a/k/a "Taff,"<br>a/k/a "Taz," | 06/23/1989 |
| STEVEN THOMPSON<br>a/k/a "Tall Steve," | 02/19/1964 |
| STEPHEN DAWKINS,<br>a/k/a "Diamond," | 02/19/1964 |
| DEREK FERNANDES,<br>a/k/a "Reds,"<br>a/k/a "Mark Carr," | 06/25/58 |
| ANTHONY LEE STAGGERS,<br>a/k/a "Ant," | 10/20/1982 |
| GENE WILSON, JR.,<br>a/k/a "Big Gene" | 09/17/1976 |