IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Crim. No. 17-72 |
| | : | |
| JUAN JARMON, et al. | : | |

### O R D E R

**AND NOW**, this 17th day of July, 2018, upon consideration of Defendant Edward Stinson's Motion to Identify Co-Conspirator's Statements (Doc. No. 183), Defendant Juan Jarmon's Motion to Join in Pre-trial Motions Filed by Co-Defendants (Doc. No. 194), and the Government's Consolidated Response to Defendants' Pretrial Motions (Doc. No. 198), in which the Government states its intention to identify such statements prior to the hearing on its Motion to Admit Audio and Video Recordings (Doc. Nos. 176, 308), it is hereby **ORDERED** that Defendants' Motions (Doc. No. 183) are **GRANTED**. The Government shall **PROVIDE** Defendants with a list of the recordings it intends to use at trial and a list of which statements it seeks to admit under Federal Rule of Evidence 801(d)(2)(E) **no later than** noon, **July 20, 2018**.

          **AND IT IS SO ORDERED.**

          */s/ Paul S. Diamond*

          Paul S. Diamond, J.