UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-1652

_____

UNITED STATES OF AMERICA

v.

JUAN JARMON a/k/a J, a/k/a YIZZO,
                      Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-17-cr-00072-001)
District Judge: Honorable Paul S. Diamond

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
August 27, 2021

_____

No. 20-1315

_____

UNITED STATES OF AMERICA

v.

EDWARD STINSON, a/k/a E-Black,
                      Appellant

_____

On Appeal from the United States District Court
For the Eastern District of Pennsylvania
(D.C. No. 2-17-cr-00071-001)
District Judge: Honorable Paul S. Diamond

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
August 27, 2021

Before: HARDIMAN, ROTH, *Circuit Judges*, and PRATTER, *District Judge*.[*]

_____

JUDGMENT

_____

This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on August 27, 2021. On consideration whereof, it is now

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on March 14, 2019 at No. 2-17-cr-00072-001 (Appeal No. 19-1652) and the judgment of the District Court entered on February 14, 2020 at No. 2-17-cr-00071-001 (Appeal No. 20-1315) are hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

No costs shall be taxed.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 15, 2021

Certified as a true copy and issued in lieu of a formal mandate on November 12, 2021

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

---

[*] The Honorable Gene E.K. Pratter, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.