United States V. Juan Jarmor

Case # 17 CR 72

Supreme Court of the United States
Attn: James A. Byrne

Re: Request for Writ of error

Due to inconsistencies as well as incomplete and / or missing documents and procedures, Juan Jarmon reg. # 75891 - 066 is hereby requesting the following documents, some of which were never received and/or denied to said defendant by the prosecution

- Trial verdict transcript
- Direct appeal memorandum / Response
- Sentencing transcript

As well as all post-trial documents available. Let the record show that other records or procedures such as a proper inbanc were also denied to Jarmon, Juan. Please get back to me in a timely manor being that deadlines may be in order.



RECEIVED
MAR 2 4 2022
U.S.C.A. 3rd. CIR

Respectfully,

Juan Jarmon # 75891-066
U.S.P. Allenwood
P.O. Box 3000
White Deer, PA 17887



RECEIVED
MAR 2 4 2022
U.S.C.A. 3rd. CIR

HARRISBURG PA   171
22 MAR 2022  PM 2  L



United States Supreme Court
Attn: James A. Byrne
601 market Street Room 21400
Phila, PA 19106 - 1729

19106-179099